**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **MELISSA BOLTON, et al.,** | ) | Case No. 1:13-cv-477 |
| | ) | |
| **Plaintiffs,** | ) | Judge _____ |
| | ) | |
| **v.** | ) | Magistrate Judge _____ |
| | ) | |
| **HALLIBURTON ENERGY SERVICES,** | ) | On removal from the Circuit Court of |
| **INC. and SPERRY DRILLING** | ) | Baldwin County, Alabama |
| **SERVICES, a divison of** | ) | Civil Action No. CV-2013-901084 |
| **Halliburton Energy Services, Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## NOTICE OF REMOVAL

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the provisions of 28 U.S.C. §§ 1331, 1367(a), 1441, and 1446, and expressly reserving all rights otherwise to respond in this action, Defendant Halliburton Energy Services, Inc., on behalf of itself and its product service line Sperry Drilling Services (collectively, "HESI"), hereby removes the above-entitled action from the Circuit Court of Baldwin County, Alabama, to the United States District Court for the Southern District of Alabama, and as grounds for removal states as follows:

1. Halliburton Energy Services, Inc. is a Delaware corporation with its principal place of business in Houston, Texas.

2. Sperry Drilling Services, alleged to be a division of HESI, has been improperly named as a defendant this action. Sperry operates as a product service line of HESI, but it is not an individual corporate entity.

377758

3.      Plaintiffs commenced this action on August 4, 2013, by filing a Complaint and Damages in Civil Action No. 05-cv-2013-901084.00, styled *Melissa Bolton, et al., v. Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc.,* in the Circuit Court of Baldwin County, Alabama (the "State Court Action").  On or about August 6, 2013, Plaintiffs filed their First Amended Complaint.  A true and correct copy of the First Amended Complaint in the State Court Action is included within Exhibit A.

4.      According to the First Amended Complaint, the lawsuit arises out of economic injury, damage, and/or losses resulting from the April 20, 2010, oil spill of over 200 million gallons of crude oil from the Macondo Well, MC-252, that resulted from the explosion and subsequent sinking of the *Deepwater Horizon*, a "drilling platform" operating in the Gulf of Mexico.  Compl. ¶¶ 1 – 2.

5.      This Notice of Removal is timely filed, as it is being filed within thirty days after receipt of the First Amended Complaint, which was the first pleading served setting forth the claims for relief, and within thirty days of service of process as required by 28 U.S.C. § 1446(b).

**The Outer Continental Shelf Lands Act Provides A Basis For Removal**

6.      According to Plaintiffs, HESI is liable for the uncontrolled oil spill from the Macondo Well, MC-252, into the waters of the Gulf of Mexico.[1]

7.      MC-252 appertains to the United States and is subject to its jurisdiction and control.

8.      MC-252 is situated wholly on the Outer Continental Shelf within the meaning of 43 U.S.C. §1331(a).

9.      This case is removable to this Court under the jurisdictional grant of the Outer Continental Shelf Lands Act ("OCSLA"), 43 U.S.C. § 1331, *et seq.  See In re: Oil Spill by the*

---

[1] This Court can take judicial notice of the location of MC-252 on the outer Continental Shelf.

2

*Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* 747 F. Supp. 704, 708 (E.D.L.A. 2010).  OCSLA provides, in relevant part, that "district courts of the United States shall have jurisdiction of cases and controversies arising out of, or in connection with (A) any operation conducted on the outer Continental Shelf which involves exploration, development, or production of the minerals, of the subsoil and seabed of the outer Continental Shelf, or which involves rights to such minerals . . . [.]"  43 U.S.C. § 1349(b)(1).

10.    OCSLA defines "minerals" as including "oil, gas, sulphur, geopressured-geothermal and associated resources." 43 U.S.C. § 1331(q).  "Exploration" is the "process of searching for minerals, including ... (2) any drilling," and "development" includes "those activities which take place following discovery of minerals in paying quantities, including geophysical activity, drilling, platform construction, and operation of all onshore support facilities, and which are for the purpose of ultimately producing the minerals discovered."  43 U.S.C. § 1331(k), (l).

11.    The State Court Action arises out of, and has a connection with, an operation that was conducted on the outer Continental Shelf within the meaning of 43 U.S.C. § 1331(a) and § 1301(a), and that "involves exploration, development, or the production of minerals, of the subsoil and seabed of the outer Continental Shelf, or which involves rights to such minerals."  43 U.S.C. § 1349(b)(1).

12.    This Court therefore has original subject matter-jurisdiction under 43 U.S.C. § 1349(b)(1)(A).

13.    Moreover, the claims made herein stem from an accident aboard an installation or device that was temporarily attached to the seabed floor of the outer continental shelf for the

purpose of exploring for, developing, or producing resources therefrom, accordingly exclusive federal jurisdiction exists pursuant to 43 U.S.C. § 1333(a).

14.     This Court also has subject-matter jurisdiction under 28 U.S.C. § 1331, in that the claims asserted arise under a federal statute, namely, the Outer Continental Shelf Lands Act, 43 U.S.C. §§ 1331, *et seq.*

15.     Venue is proper in this Court pursuant to 28 U.S.C. § 1446(a), as the United States District Court for the Southern District of Alabama is located in the district in which the State Court Action is pending.

16.     This matter is removable under 28 U.S.C. § 1441 in that it is a civil action over which the United States District Court for the Southern District of Alabama has original subject matter jurisdiction under 28 U.S.C. § 1331 and 43 U.S.C. § 1349.

## OPA Provides a Basis for Removal

17.     In addition, or in the alternative, Plaintiffs' claims arise out of an oil spill on federal property in international waters.  These claims, and the damages sought by Plaintiffs, clearly fall within the ambit of the Oil Pollution Act of 1990 (OPA) – which constitutes "comprehensive legislation to address oil spill liability and compensation." *Gabarick v. Laurin Maritime (America) Inc.*, 623 F. Supp. 2d 741, 744 (E.D.La. 2009); 23 U.S.C. §§ 2701, *et seq.* OPA is intended to be the exclusive federal law governing oil spills. *South Port Marine, LLC v. Gulf Oil Limited Partnership*, 234 F.3d 58, 65 (1st Cir. 2000).  The provisions of OPA are mandatory and exclusive. *Gabarick*, 623 F.Supp.2d at 745.  All claims for removal costs or damages covered by OPA must be brought under OPA. *Id.*; 23 U.S.C. § 2713.  Plaintiff cannot avoid OPA by artful pleading.  Exclusive original jurisdiction of claims within the reach of OPA

lies with the federal courts notwithstanding the citizenship of the parties or the amount in controversy.  23 U.S.C. § 2717(b).  Accordingly, removal is also proper pursuant to OPA.

**Removal Under 28 U.S.C. 1441(b) and (c)**

18.   Removal is proper under 28 U.S.C. § 1441(b), which permits removal if the Court has federal question jurisdiction "without regard to the citizenship or residence of the parties." Removal of all claims in the case is proper under 28 U.S.C. § 1441(c).

**Effectuation Of Removal**

19.   HESI hereby removes this matter to the United States District Court for the Southern District of Alabama.

20.   By filing this Notice of Removal, HESI expressly consents to the removal.

21.   The allegations of this Notice were true at the time the State Court Action was commenced and remain true as of the date of filing of this Notice of Removal.

22.   HESI reserves the right to submit additional evidence in support of removal as appropriate in future circumstances.

23.   By virtue of this Notice of Removal, HESI does not waive any right to assert any claims, defenses, or other motions permitted under the Federal Rules of Civil Procedure, including contesting jurisdiction and service.

24.   Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings, as well as copies of all process and other papers, including the original petition, on file in the record of the State Court Action, which are within the possession, custody and control of HESI are attached hereto as **Exhibit A**.

25.   Undersigned counsel certifies that a notice of filing removal, along with a copy of this Notice of Removal, will be promptly filed with the Circuit Court of Baldwin County,

Alabama.  Also, pursuant to 28 U.S.C. § 1446(d), HESI is providing written notice of the filing of this Notice of Removal to all adverse parties.

WHEREFORE, Defendant Halliburton Energy Services, Inc. hereby removes this action to the United States District Court for the Southern District of Alabama.

Respectfully submitted this 30th day of September, 2013.

**s/ Joseph P. H. Babington**
JOHN N. LEACH  (LEACJ2634)
Email  jnl@helmsinglaw.com
JOSEPH P. H. BABINGTON  (BABIJ7938)
Email  jpb@helmsinglaw.com
RUSSELL C. BUFFKIN  (BUFFR6510)
Email  rcb@helmsinglaw.com

**HELMSING, LEACH, HERLONG,**
**    NEWMAN & ROUSE, P.C.**
Post Office Box 2767
Mobile AL 36652
Telephone:  251.432.5521
Facsimile:  251.432.0633

*OF COUNSEL:*

**GODWIN LEWIS PC**

By: s/ Donald E. Godwin
Donald E. Godwin *(pro hac vice pending)*
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr. *(pro hac vice pending)*
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez *(pro hac vice pending)*
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
Floyd R. Hartley, Jr. *(pro hac vice pending)*
State Bar No. 00798242
Floyd.Hartley@GodwinLewis.com

Gavin E. Hill *(pro hac vice pending)*
State Bar No. 00796756
Gavin.Hill@GodwinLewis.com

1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

R. Alan York *(pro hac vice pending)*
State Bar No. 22167500
Alan.York@GodwinLewis.com
Jerry C. von Sternberg *(pro hac vice pending)*
State Bar No. 20618150
Jerry.VonSternberg@GodwinLewis.com
Misty Hataway-Coné *(pro hac vice pending)*
State Bar No. 24032277
Misty.Cone@GodwinLewis.com

1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

*ATTORNEYS FOR DEFENDANT*
*HALLIBURTON ENERGY SERVICES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2013, I served a copy of the foregoing pleading by filing it electronically with the Clerk of Court using the CM/ECF system which will cause copies to be sent to all counsel of record who are registered to receive electronic service, or by sending the same via the United States Mail, properly addressed and first-class postage prepaid, as follows:

Frederick T. Kuykendall, III
Grant D. Amey
KUYKENDALL & ASSOC.
Post Office Box 2129
Fairhope, AL  36533
*Counsel for Plaintiffs*

**s/ Russell C. Buffkin**
OF COUNSEL

7

# Exhibit "A"

## ALABAMA SJIS CASE DETAIL

PREPARED FOR: MALLETTE KATHY



County: **05**    Case Number: **CV-2013-901084.00**    Court Action:

Style: **MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL**

Real Time

### Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 8/4/2013 | 10:01 PM | ECOMP | COMPLAINT E-FILED. | KUY001 |
| 8/4/2013 | 10:01 PM | FILE | FILED THIS DATE: 08/04/2013          (AV01) | AJA |
| 8/4/2013 | 10:02 PM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 8/4/2013 | 10:02 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 8/4/2013 | 10:02 PM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 8/4/2013 | 10:02 PM | ASSJ | ASSIGNED TO JUDGE: JODY W. BISHOP          (AV01) | AJA |
| 8/4/2013 | 10:02 PM | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 8/4/2013 | 10:02 PM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 8/4/2013 | 10:02 PM | C001 | C001 PARTY ADDED: BOLTON MELISSA          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C001 | C001 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C001 | LISTED AS ATTORNEY FOR C001: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:02 PM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C002 | C002 PARTY ADDED: BROWN ROBERT          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C002 | C002 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C002 | LISTED AS ATTORNEY FOR C002: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:02 PM | C003 | C003 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C003 | LISTED AS ATTORNEY FOR C003: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:02 PM | C003 | C003 PARTY ADDED: BUCK IRIS          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C003 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C004 | C004 PARTY ADDED: BUFF KAREN          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C004 | C004 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C004 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C004 | LISTED AS ATTORNEY FOR C004: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:02 PM | C005 | C005 PARTY ADDED: CAHOON ROBERT          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C005 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C005 | C005 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C005 | LISTED AS ATTORNEY FOR C005: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:02 PM | C006 | C006 PARTY ADDED: CAMPBELL FLOYD  JR.          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C006 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C006 | C006 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C006 | LISTED AS ATTORNEY FOR C006: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:02 PM | C007 | C007 PARTY ADDED: CROWDER SHERRY          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C007 | C007 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C007 | LISTED AS ATTORNEY FOR C007: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:02 PM | C007 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C008 | C008 PARTY ADDED: DAUPHIN ISLAND PROPERTY OWNERS A | AJA |
| 8/4/2013 | 10:02 PM | C008 | C008 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C008 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C008 | LISTED AS ATTORNEY FOR C008: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:02 PM | C009 | C009 PARTY ADDED: DELACEY DEBORAH          (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C009 | INDIGENT FLAG SET TO: N          (AV02) | AJA |

| 8/4/2013 | 10:02 PM | C009 | LISTED AS ATTORNEY FOR C009: KUYKENDALL FREDERICK | AJA |
|---|---|---|---|---|
| 8/4/2013 | 10:02 PM | C009 | C009 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C010 | C010 PARTY ADDED: FAWWAL A. EDWARD    (AV02) | AJA |
| 8/4/2013 | 10:02 PM | C010 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C010 | C010 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C010 | LISTED AS ATTORNEY FOR C010: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:03 PM | C011 | C011 PARTY ADDED: FORT MORGAN PROPERTIES LIMITED | AJA |
| 8/4/2013 | 10:03 PM | C011 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C011 | C011 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C011 | LISTED AS ATTORNEY FOR C011: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:03 PM | C012 | C012 PARTY ADDED: FRAXER SANDRA    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C012 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C012 | C012 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C012 | LISTED AS ATTORNEY FOR C012: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:03 PM | ETRAN | COMPLAINT - SUMMONS | |
| 8/4/2013 | 10:03 PM | C013 | C013 PARTY ADDED: FRAZER THOMAS R.    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C013 | LISTED AS ATTORNEY FOR C013: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:03 PM | C013 | C013 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C013 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C014 | C014 PARTY ADDED: GAINES JACK L. II    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C014 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C014 | LISTED AS ATTORNEY FOR C014: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:03 PM | C014 | C014 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C015 | C015 PARTY ADDED: GAINES JONI L.    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C015 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C015 | LISTED AS ATTORNEY FOR C015: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:03 PM | C015 | C015 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C016 | C016 PARTY ADDED: GREER MICHAEL    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C016 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C016 | C016 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C016 | LISTED AS ATTORNEY FOR C016: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:03 PM | C017 | C017 PARTY ADDED: GRIMSHAW RICHARD    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C017 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C017 | LISTED AS ATTORNEY FOR C017: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:03 PM | C017 | C017 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C018 | C018 PARTY ADDED: HAMMITT MELODY    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C018 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C018 | C018 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C018 | LISTED AS ATTORNEY FOR C018: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:03 PM | C019 | C019 PARTY ADDED: HARTWELL DANIEL    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C019 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C019 | C019 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C019 | LISTED AS ATTORNEY FOR C019: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:03 PM | C020 | C020 PARTY ADDED: HARTWELL JOHN    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C020 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 8/4/2013 | 10:03 PM | C020 | LISTED AS ATTORNEY FOR C020: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:03 PM | C020 | C020 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:04 PM | C021 | C021 PARTY ADDED: HAYLEY FAMILY PARTNERSHIP LTD. | AJA |
| 8/4/2013 | 10:04 PM | C021 | C021 E-ORDER FLAG SET TO "N"    (AV02) | AJA |
| 8/4/2013 | 10:04 PM | C021 | LISTED AS ATTORNEY FOR C021: KUYKENDALL FREDERICK | AJA |
| 8/4/2013 | 10:04 PM | C021 | INDIGENT FLAG SET TO: N    (AV02) | AJA |
| 8/4/2013 | 10:04 PM | C022 | C022 PARTY ADDED: HAYLEY THOMAS    (AV02) | AJA |
| 8/4/2013 | 10:04 PM | C022 | INDIGENT FLAG SET TO: N    (AV02) | AJA |

| | | | | | |
|---|---|---|---|---|---|
| 8/4/2013 | 10:04 PM | C022 | C022 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C022 | LISTED AS ATTORNEY FOR C022: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:04 PM | C023 | C023 PARTY ADDED: HIGHER L.A., LLC       (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C023 | INDIGENT FLAG SET TO: N              (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C023 | LISTED AS ATTORNEY FOR C023: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:04 PM | C023 | C023 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C024 | C024 PARTY ADDED: ISAKSON ROBERT        (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C024 | C024 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C024 | INDIGENT FLAG SET TO: N          (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C024 | LISTED AS ATTORNEY FOR C024: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:04 PM | C025 | C025 PARTY ADDED: JONES MILES         (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C025 | C025 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C025 | INDIGENT FLAG SET TO: N              (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C025 | LISTED AS ATTORNEY FOR C025: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:04 PM | C026 | C026 PARTY ADDED: JUBILEE INVESTMENTS LLC   (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C026 | INDIGENT FLAG SET TO: N              (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C026 | LISTED AS ATTORNEY FOR C026: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:04 PM | C026 | C026 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C027 | C027 PARTY ADDED: KOBY ROGER          (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C027 | C027 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C027 | LISTED AS ATTORNEY FOR C027: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:04 PM | C027 | INDIGENT FLAG SET TO: N              (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C028 | C028 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C028 | C028 PARTY ADDED: MBR, LTD          (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C028 | INDIGENT FLAG SET TO: N              (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C028 | LISTED AS ATTORNEY FOR C028: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:04 PM | C029 | C029 PARTY ADDED: MCCRARY DEAN         (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C029 | INDIGENT FLAG SET TO: N              (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C029 | LISTED AS ATTORNEY FOR C029: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:04 PM | C029 | C029 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C030 | C030 PARTY ADDED: MCKENZIE JOY         (AV02) | | AJA |
| 8/4/2013 | 10:04 PM | C030 | INDIGENT FLAG SET TO: N          (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C030 | C030 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C030 | LISTED AS ATTORNEY FOR C030: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:05 PM | C031 | C031 PARTY ADDED: MILLER FAMILY LLC # 1    (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C031 | INDIGENT FLAG SET TO: N              (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C031 | LISTED AS ATTORNEY FOR C031: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:05 PM | C031 | C031 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C032 | C032 PARTY ADDED: MILLER GREGORY        (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C032 | INDIGENT FLAG SET TO: N              (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C032 | LISTED AS ATTORNEY FOR C032: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:05 PM | C032 | C032 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C033 | C033 PARTY ADDED: MITCHELL DAWN        (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C033 | INDIGENT FLAG SET TO: N              (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C033 | LISTED AS ATTORNEY FOR C033: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:05 PM | C033 | C033 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C034 | C034 PARTY ADDED: MURPHY LAUREY        (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C034 | INDIGENT FLAG SET TO: N              (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C034 | LISTED AS ATTORNEY FOR C034: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:05 PM | C034 | C034 E-ORDER FLAG SET TO "N"          (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C035 | C035 PARTY ADDED: MURPHY SEAN         (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C035 | INDIGENT FLAG SET TO: N              (AV02) | | AJA |
| 8/4/2013 | 10:05 PM | C035 | LISTED AS ATTORNEY FOR C035: KUYKENDALL FREDERICK | | AJA |

| | | | | | |
|---|---|---|---|---|---|
| 8/4/2013 | 10:05 PM | C035 | C035 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 8/4/2013 | 10:05 PM | C036 | C036 PARTY ADDED: NESMITH EDWARD | (AV02) | AJA |
| 8/4/2013 | 10:05 PM | C036 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 8/4/2013 | 10:05 PM | C036 | LISTED AS ATTORNEY FOR C036: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:05 PM | C036 | C036 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 8/4/2013 | 10:05 PM | C037 | C037 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 8/4/2013 | 10:05 PM | C037 | C037 PARTY ADDED: PETRIG CHRISTINA | (AV02) | AJA |
| 8/4/2013 | 10:05 PM | C037 | LISTED AS ATTORNEY FOR C037: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:05 PM | C037 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 8/4/2013 | 10:05 PM | C038 | C038 PARTY ADDED: PETRIG DAVID | (AV02) | AJA |
| 8/4/2013 | 10:05 PM | C038 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C038 | LISTED AS ATTORNEY FOR C038: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:06 PM | C038 | C038 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C039 | C039 PARTY ADDED: RAICA ROSEMARIE | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C039 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C039 | LISTED AS ATTORNEY FOR C039: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:06 PM | C039 | C039 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C040 | C040 PARTY ADDED: REED KATHRYN | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C040 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C040 | LISTED AS ATTORNEY FOR C040: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:06 PM | C040 | C040 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C041 | C041 PARTY ADDED: REED MARK | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C041 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C041 | LISTED AS ATTORNEY FOR C041: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:06 PM | C041 | C041 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C042 | C042 PARTY ADDED: ROMANO DERRICK | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C042 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C042 | LISTED AS ATTORNEY FOR C042: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:06 PM | C042 | C042 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C043 | C043 PARTY ADDED: STRICKLAND TIMOTHY | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C043 | C043 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C043 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C043 | LISTED AS ATTORNEY FOR C043: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:06 PM | C044 | C044 PARTY ADDED: THE YACHT CONDOMINIUM OWNERS' AS | | AJA |
| 8/4/2013 | 10:06 PM | C044 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | C044 | LISTED AS ATTORNEY FOR C044: KUYKENDALL FREDERICK | | AJA |
| 8/4/2013 | 10:06 PM | C044 | C044 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | D001 | D001 PARTY ADDED: HALLIBURTON ENERGY SERVICES, INC | | AJA |
| 8/4/2013 | 10:06 PM | D001 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | D001 | CERTIFIED MAI ISSUED: 08/04/2013 TO D001 | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | D001 | D001 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | D002 | D002 PARTY ADDED: SPERRY DRILLING SERVICES, A DIVI | | AJA |
| 8/4/2013 | 10:06 PM | D002 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | D002 | CERTIFIED MAI ISSUED: 08/04/2013 TO D002 | (AV02) | AJA |
| 8/4/2013 | 10:06 PM | D002 | D002 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 8/6/2013 | 5:08 PM | EAMEN | AMENDED COMPLAINT E-FILED. | | KUY001 |
| 8/6/2013 | 5:08 PM | ETRAN | COMPLAINT - TRANSMITTAL | | |
| 8/8/2013 | 1:34 PM | EMOT | C012-C013-C026-OTHER - MOTION TO REMOVE CERTAIN PLAINTFFS FILED. | | KUY001 |
| 8/8/2013 | 1:35 PM | ETRAN | MOTION - TRANSMITTAL | | |
| 8/8/2013 | 2:08 PM | EMOT | C012-C013-C026-OTHER /DOCKETED | | LIH |
| 8/13/2013 | 9:02 AM | JEORDE | ORDER GENERATED FOR OTHER - MOTION TO REMOVE CERTAIN PLAINTFFS - RENDERED & | | JA |

| | | | | |
|---|---|---|---|---|
| | | | ENTERED: 8/13/2013 9:02:23 AM - ORDER | |
| 8/13/2013 | 9:02 AM | ETRAN | ORDER - TRANSMITTAL | |
| 8/14/2013 | 10:53 AM | C012 | C012 E-ORDER FLAG SET TO "Y"          (AV02) | LAJ |
| 8/14/2013 | 10:53 AM | C012 | C012 DISPOSED BY (OTHER) ON 08/13/2013     (AV02) | LAJ |
| 8/14/2013 | 10:53 AM | C013 | C013 E-ORDER FLAG SET TO "Y"          (AV02) | LAJ |
| 8/14/2013 | 10:53 AM | C013 | C013 DISPOSED BY (OTHER) ON 08/13/2013     (AV02) | LAJ |
| 8/14/2013 | 10:54 AM | C026 | C026 E-ORDER FLAG SET TO "Y"          (AV02) | LAJ |
| 8/14/2013 | 10:54 AM | C026 | C026 DISPOSED BY (OTHER) ON 08/13/2013     (AV02) | LAJ |
| 8/30/2013 | 1:18 PM | JEORDE | ORDER E-FILED - ORDER - STATUS CONFERENCE / PRETRIAL - RENDERED & ENTERED: 8/30/2013 1:18:55 PM | JA |
| 8/30/2013 | 1:19 PM | ETRAN | ORDER - TRANSMITTAL | |
| 9/4/2013 | 10:17 AM | DAT4 | FOR: STATUS REVIEW/DKT ON 01/13/2014 @ 0900A(AV01) | LIH |
| 9/9/2013 | 2:52 PM | EMISC | RETURN ON SERVICE E-FILED | AME007 |
| 9/9/2013 | 2:52 PM | ETRAN | MISCELLANEOUS - TRANSMITTAL | |
| 9/9/2013 | 2:53 PM | EMISC | RETURN ON SERVICE E-FILED | AME007 |
| 9/9/2013 | 2:54 PM | ETRAN | MISCELLANEOUS - TRANSMITTAL | |
| 9/10/2013 | 10:51 AM | ETRAN | SERVICE RETURN - TRANSMITTAL | |
| 9/10/2013 | 10:52 AM | ETRAN | SERVICE RETURN - TRANSMITTAL | |
| 9/10/2013 | 10:55 AM | D002 | SERVICE OF CERTIFIED MAI ON 09/09/2013 FOR D002 | AJA |
| 9/10/2013 | 10:55 AM | D001 | SERVICE OF CERTIFIED MAI ON 09/09/2013 FOR D001 | AJA |

 *END OF THE REPORT*

ELECTRONICALLY FILED
8/4/2013 10:01 PM
05-CV-2013-901084.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>05-CV-201<br><br>Date of Filing:<br>08/04/2013 |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT OF BALDWIN COUNTY, ALABAMA
### MELISSA BOLTON ET AL v. HALLIBURTON ENERGY SERVICES, INC. ET AL

**First Plaintiff:** ☐ Business  ☑ Individual   **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other                         ☐ Government  ☐ Other

### NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☑ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS  (cont'd)**

☐ MSXX -  Birth/Death Certificate Modification/Bond Forfeiture
Appeal/Enforcement of Agency Subpoena/Petition to
Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP-Contempt of Court
☐ CONT-Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND-  Equity Non-Damages Actions/Declaratory
Judgment/Injunction Election Contest/Quiet Title/Sale For
Division
☐ CVUD-Eviction Appeal/Unlawfyul Detainer
☐ FORJ-Foreign Judgment
☐ FORF-Fruits of Crime Forfeiture
☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB-Protection From Abuse
☐ FELA-Railroad/Seaman (FELA)
☐ RPRO-Real Property
☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP-Workers' Compensation
☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ **INITIAL FILING**   A ☐ **APPEAL FROM<br>DISTRICT COURT**   O ☐ **OTHER**

R ☐ **REMANDED**   T ☐ **TRANSFERRED FROM<br>OTHER CIRCUIT COURT**   _____

**HAS JURY TRIAL BEEN DEMANDED?**   ☑ Yes  ☐ No

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**   KUY001   8/4/2013 10:01:35 PM   /s/ FREDERICK T KUYKENDALL

**MEDIATION REQUESTED:**   ☐ Yes  ☐ No  ☑ Undecided

ELECTRONICALLY FILED
8/4/2013 10:01 PM
05-CV-2013-901084.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| Melissa Bolton; Robert Brown; Iris Buck; Karen Buff; Robert Cahoon; Floyd Campbell, Jr.; Sherry Crowder; Dauphin Island Property Owners Association; Deborah DeLacey; Fort Morgan Properties Limited; A. Edward Fawwal; Sandra Frazer; Thomas R. Frazer; Jack L. Gaines, II; Joni L. Gaines; Michael Greer; Richard Grimshaw; Melody Hammitt; Daniel Hartwell; John Hartwell; Hayley Family Partnership, LTD.; Thomas Hayley; Higher L.A., LLC; Robert Isakson; Miles Jones; Jubilee Investments, LLC; Roger Koby; MBR, LTD.; Gregory Miller; Miller Family LLC # 1; Dean McCrary; Joy McKenzie; Dawn Mitchell; Laurey Murphy; Sean Murphy; Edward Nesmith; Christina Petrig; David Petrig; Kathryn Reed; Mark Reed; Rosemarie Raica; Derrick Romano; Timothy Strickland; The Yacht Club Condominium Owners' Association, Inc.; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. CV- _____ |
| Plaintiffs, | ) ) ) |  |
| vs. | ) ) |  |
| Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc. | ) ) ) ) |  |
| Defendants. | ) ) ) ) ) |  |

## COMPLAINT AND DAMAGES

NOW COMES PLAINTIFFS, Melissa Bolton; Robert Brown; Iris Buck; Karen Buff;

Robert Cahoon; Floyd Campbell, Jr.; Sherry Crowder; Dauphin Island Property Owners Association;

Deborah DeLacey; Fort Morgan Properties Limited; A. Edward Fawwal; Sandra Frazer; Thomas R.

Frazer; Jack L. Gaines, II; Joni L. Gaines; Michael Greer; Richard Grimshaw; Melody Hammitt;

1

Daniel Hartwell; John Hartwell; Hayley Family Partnership, LTD.; Thomas Hayley; Higher L.A., LLC; Robert Isakson; Miles Jones; Jubilee Investments, LLC; Roger Koby; MBR, LTD.; Gregory Miller; Miller Family LLC # 1; Dean McCrary; Joy McKenzie; Dawn Mitchell; Laurey Murphy; Sean Murphy; Edward Nesmith; Christina Petrig; David Petrig; Kathryn Reed; Mark Reed; Rosemarie Raica; Derrick Romano; Timothy Strickland; The Yacht Club Condominium Owners' Association, Inc. through undersigned counsel, who allege, aver and represent as follows:

## Nature of Action

1.    On or about April 20, 2010, the *Deepwater Horizon* drilling platform exploded and sank, causing a spill of over 200 million gallons of crude oil from the Macondo Well, MC-252, and resulting in the worst maritime environmental disaster in United States history.

2.    Plaintiffs have suffered economic injury, damage and/or losses as a result of the oil spill.

## PARTIES

### The Plaintiffs

3.    Plaintiff Melissa Bolton is a resident citizen of Seminole County, Florida and is over the age of 19.

4.    Plaintiff Robert Brown is a resident citizen of Morgan County, Alabama and is over the age of 19.

5.    Plaintiff Iris Buck is a resident citizen of Baldwin County, Alabama and is over the age of 19.

6.    Plaintiff Karen Buff is a resident citizen of Collier County, Florida and is over the age of 19.

7.    Plaintiff Robert Cahoon is a resident citizen of Baldwin County, Alabama and is over the age of 19.

2

8.      Plaintiff Floyd Campbell, Jr. is a resident citizen of Madison County, Ohio and is over the age of 19.

9.      Plaintiff Sherry Crowder is a resident citizen of Jefferson County, Alabama and is over the age of 19.

10.     Plaintiff Dauphin Island Property Owners Association is an Alabama Corporation with its principal place of business in Alabama.

11.     Plaintiff Deborah DeLacey is a resident citizen of Clark County, Ohio and is over the age of 19.

12.     Plaintiff A. Edward Fawwal is a resident citizen of Jefferson County, Alabama and is over the age of 19.

13.     Plaintiff Fort Morgan Properties Limited is an Ohio limited liability company, certain members are resident citizens of Ohio and certain members are resident citizens of Alabama.

14.     Plaintiff Sandra Frazer is a resident citizen of Davidson County, Tennessee and is over the age of 19.

15.     Plaintiff Thomas R. Frazer is a resident citizen of Davidson County, Tennessee and is over the age of 19.

16.     Plaintiff Jack L. Gaines, II is a resident citizen of Mobile County, Alabama and is over the age of 19.

17.     Plaintiff Joni L. Gaines is a resident citizen of Lamoille County, Vermont and is over the age of 19.

18.     Plaintiff Michael Greer is a resident citizen of Lee County, Mississippi and is over the age of 19.

19.     Plaintiff Richard Grimshaw is a resident citizen of Haralson County, Georgia and is over the age of 19.

3

20. Plaintiff Melody Hammitt is a resident citizen of Baldwin County, Alabama and is over the age of 19.

21. Plaintiff Daniel Hartwell is a resident citizen of Suffolk, Virginia and is over the age of 19.

22. Plaintiff John Hartwell is a resident citizen of Pike County, Alabama and is over the age of 19.

23. Plaintiff Hayley Family Partnership, LTD is an Alabama limited partnership. All of its members are resident citizens of Alabama.

24. Plaintiff Thomas Hayley is a resident citizen of Lee County, Alabama and is over the age of 19.

25. Plaintiff Higher L.A., LLC is a Mississippi limited liability company. All of its members are resident citizens of Mississippi.

26. Plaintiff Robert Isakson is a resident citizen of Mobile County, Alabama and is over the age of 19.

27. Plaintiff Miles Jones is a resident citizen of Baldwin County, Alabama and is over the age of 19.

28. Plaintiff Jubilee Investments, LLC is an Alabama limited liability company. All of its members are resident citizens of Alabama.

29. Plaintiff Roger Koby is a resident citizen of Baldwin County, Alabama and is over the age of 19.

30. Plaintiff MBR, LTD. is an Alabama limited partnership. All of its members are resident citizens of Alabama.

31. Plaintiff Dean McCrary is a resident citizen of Mobile County, Alabama and is over the age of 19.

4

32.   Plaintiff Joy McKenzie is a resident citizen of Jefferson County, Alabama and is over the age of 19.

33.   Plaintiff Miller Family LLC # 1 is an Alabama limited liability company.  All of its members are resident citizens of Alabama.

34.   Plaintiff Gregory Miller is a resident citizen of Baldwin County, Alabama and is over the age of 19.

35.   Plaintiff Dawn Mitchell is a resident citizen of Jefferson County, Alabama and is over the age of 19.

36.   Plaintiff Laurey Murphy is a resident citizen of Harris County, Texas and is over the age of 19.

37.   Plaintiff Sean Murphy is a resident citizen of DeKalb County, Georgia and is over the age of 19.

38.   Plaintiff Edward Nesmith is a resident citizen of Jefferson County, Alabama and is over the age of 19.

39.   Plaintiff Christina Petrig is a resident citizen of DeKalb County, Georgia and is over the age of 19.

40.   Plaintiff David Petrig is a resident citizen of Jefferson County, Alabama and is over the age of 19.

41.   Plaintiff Rosemarie Raica is a resident citizen of Mobile County, Alabama and is over the age of 19.

42.   Plaintiff Kathryn Reed is a resident citizen of Baldwin County, Alabama and is over the age of 19.

43.   Plaintiff Mark Reed is a resident citizen of Baldwin County, Alabama and is over the age of 19.

44.     Plaintiff Derrick Romano is a resident citizen of Jefferson County, Alabama and is over the age of 19.

45.     Plaintiff Timothy Strickland is a resident citizen of Baldwin County, Alabama and is over the age of 19.

46.     Plaintiff The Yacht Club Condominium Owners' Association, Inc. is an Alabama Corporation with its principal place of business in Alabama.

47.     Defendant, Halliburton Energy Services. Inc. is a Delaware corporation with its principal place of business in Houston, Texas. Halliburton is registered to do and does business in the State of Alabama. Halliburton provided engineering services, materials, testing, mixing, and pumping for cementing operations on board the Deepwater Horizon, as well as onshore engineering support for those operations.

48.     Halliburton division Sperry Drilling Services (formerly Sperry Sun Drilling Services) was responsible for mudlogging personnel and equipment on the Deepwater Horizon, including downhole drilling tools. Sperry mudlogging personnel were partially responsible for monitoring the well, including mud pit fluid levels, mud flow in and out of the well, mud gas levels, and pressure fluctuations. "Halliburton" shall refer to both Halliburton Energy Services, Inc. and its Sperry division.

## JURISDICTION AND VENUE

49.     Plaintiffs bring these claims pursuant to general maritime law, the common law remedies embodied in the Savings to Suitors Clause of 28 U.S.C. § 1333(1), and Alabama law.

50.     Venue is proper in this jurisdiction because the Defendants' actions, inactions, and failures directly and proximately caused the damage and harm to the Plaintiffs in this jurisdiction.

6

**FACTUAL BACKGROUND AND CLAIMS FOR RELIEF**

51. Plaintiffs' real property has been physically contaminated by oil from the *Deepwater Horizon* oil spill and dispersant chemicals from the oil spill clean-up operations.

52. Plaintiffs reallege each and every allegation set forth in all preceding paragraphs as if fully restated herein, in this claim for relief for gross negligence and willful misconduct under general maritime law, the common law remedies embodied in the Savings to Suitors Clause of 28 U.S.C. §1333(1), and Alabama law as deemed applicable;

53. Defendants owed and breached duties of ordinary and reasonable care to Plaintiffs in connection with the maintenance of, and drilling operations on, the *Deepwater Horizon*, and additionally owed and breached duties to Plaintiffs to guard against and/or prevent the risk of the oil spill;

54. Defendants breached their legal duty to Plaintiffs and failed to exercise reasonable care and acted with reckless, willful, and wanton disregard in the negligent maintenance and/or operation of the *Deepwater Horizon*;

55. Defendants knew or should have known that their wanton, willful, and reckless misconduct would result in a disastrous blowout and oil spill, causing damage to those affected by the *Deepwater* incident;

56. Defendants acted with gross negligence, willful misconduct, and reckless disregard for human life and the safety and health of the environment and Plaintiffs by, *inter alia*, failing to use a sufficient number of "centralizers" to prevent channeling during the cement process; failing to run a bottoms up circulation of the drilling mud prior to beginning the cement job; disregarding proper drilling, cases, mudding and cementing properties;

57. Defendants acted with gross negligence, willful misconduct, and reckless disregard for human life and the safety and health of the environment and Plaintiffs by, *inter alia*, using an

inappropriate cement mixture for the well; failing to appropriately test that cement mixture prior to using it in the well; failing to run a cement bond log to evaluate the integrity of the cement job; and failing to deploy the casing hanger lockdown sleeve prior to commencing the mud displacement process in the well.

58. Defendants acted with gross negligence, willful misconduct, and reckless disregard for human life and the safety and health of the environment and Plaintiffs by, *inter alia*, using an untested, abnormally large volume of mixed spacer solution to avoid having to dispose of the two separate spacer substances properly as hazardous waste;

59. Defendants acted with gross negligence, willful misconduct, and reckless disregard for human life and the safety and health of the environment and Plaintiffs by, *inter alia*, recklessly marinating and altering, and/or wantonly operating and/or using the Blow Out Preventer appurtenant to the *Deepwater Horizon*;

60. Defendants acted with gross negligence, willful misconduct, and reckless disregard for human life and the safety and health of the environment and Plaintiffs by, *inter alia*, failing to ensure that the adequate safeguards, protocols, procedures, and resources would be readily available to prevent and/or mitigate the effects of an uncontrolled oil spill into the waters of the Gulf of Mexico; and,

61. Plaintiffs are entitled to a judgment finding Defendants liable to Plaintiffs for punitive damages as a result of Defendants' gross negligence and/or willful misconduct in amounts to be determined by the trier of fact, but which are sufficient to punish and deter Defendants and others similarly situated from engaging in similar conduct in the future.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs demand judgment against Defendants, jointly, severally, and *in solido*, as follows:

a.    Punitive damages;

b.    Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c.    Costs of litigation; and,

d.    Such other and further relief available under all applicable under general maritime law and state law as deemed applicable herein and any relief the Court deems just and appropriate.

**PLAINTIFFS DEMAND A JURY TRIAL**

*s/Frederick T. Kuykendall, III*
**FREDERICK T. KUYKENDALL, III**
Alabama State Bar No: ASB-4462-A59F
Federal Bar No: KUYKF4462

Kuykendall & Associates, LLC
Frederick T. Kuykendall, III
P.O. Box 2129
Fairhope, Alabama 36533
Telephone: (251) 928-4008
Facsimile: (251) 928-2151
Email: ftkuykendall@yahoo.com
Plaintiffs' Counsel


*s/Grant D. Amey*
**GRANT D. AMEY**
Alabama State Bar No: ASB-4273-T83A
Federal Bar No: AMEYG4273

Kuykendall & Associates, LLC
Grant D. Amey
P.O. Box 2129
Fairhope, Alabama 36533
Telephone: (251) 928-4008
Facsimile: (251) 928-2151
Email: grantamey@gmail.com
Plaintiffs' Counsel

**DEFENDANTS TO BE SERVED BY**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Halliburton Energy Services, Inc.
c/o Donald E. Godwin
Godwin Lewis, PC
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, TX 77010

Sperry Drilling Services, a division of Halliburton Energy Services, Inc.
c/o Donald E. Godwin
Godwin Lewis, PC
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, TX 77010

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>05-CV-2013-901084.00 |
| --- | --- | --- |

IN THE CIVIL COURT OF BALDWIN, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL

NOTICE TO   HALLIBURTON ENERGY SERVICES, INC., C/O DONALD E. GODWIN 1331 LAMAR ST., STE 1665, HOUSTON, TX 77010

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY FREDERICK T KUYKENDALL

WHOSE ADDRESS IS  PO Box 2129, Fairhope, AL 36533

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   MELISSA BOLTON
pursuant to the Alabama Rules of the Civil Procedure

| 8/4/2013 10:01:36 PM | /s JODY WISE CAMPBELL | |
| --- | --- | --- |
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s FREDERICK T KUYKENDALL

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____                    _____

Date                                    Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>05-CV-2013-901084.00 |
|---|---|---|

IN THE CIVIL COURT OF BALDWIN, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL

NOTICE TO   SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURT, C/O DONALD GODWIN 1331 LAMAR ST., STE 1665, HOUSTON, TX 77010

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY FREDERICK T KUYKENDALL

WHOSE ADDRESS IS PO Box 2129, Fairhope, AL 36533

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   MELISSA BOLTON
pursuant to the Alabama Rules of the Civil Procedure

| 8/4/2013 10:01:36 PM | /s JODY WISE CAMPBELL | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s FREDERICK T KUYKENDALL

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____

Date

Server's Signature

ELECTRONICALLY FILED
8/6/2013 5:08 PM
05-CV-2013-901084.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| Melissa Bolton; Robert Brown; Iris Buck; Karen Buff; Robert Cahoon; Floyd Campbell, Jr.; Sherry Crowder; Dauphin Island Property Owners Association; Deborah DeLacey; Fort Morgan Properties Limited; A. Edward Fawwal; Jack L. Gaines, II; Joni L. Gaines; Michael Greer; Richard Grimshaw; Melody Hammitt; Daniel Hartwell; John Hartwell; Hayley Family Partnership, LTD.; Thomas Hayley; Higher L.A., LLC; Robert Isakson; Miles Jones; Roger Koby; MBR, LTD.; Gregory Miller; Miller Family LLC # 1; Dean McCrary; Joy McKenzie; Dawn Mitchell; Laurey Murphy; Sean Murphy; Edward Nesmith; Christina Petrig; David Petrig; Kathryn Reed; Mark Reed; Rosemarie Raica; Derrick Romano; Timothy Strickland; The Yacht Club Condominium Owners' Association, Inc.; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. CV-2013-901084.00 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Halliburton Energy Services, Inc.; and Sperry Drilling Services, a division of Halliburton Energy Services, Inc. | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## FIRST AMENDED COMPLAINT

**NOW COMES PLAINTIFFS,** Melissa Bolton; Robert Brown; Iris Buck; Karen Buff; Robert Cahoon; Floyd Campbell, Jr.; Sherry Crowder; Dauphin Island Property Owners Association; Deborah DeLacey; Fort Morgan Properties Limited; A. Edward Fawwal; Jack L. Gaines, II; Joni L. Gaines; Michael Greer; Richard Grimshaw; Melody Hammitt; Daniel Hartwell; John Hartwell;

1

Hayley Family Partnership, LTD.; Thomas Hayley; Higher L.A., LLC; Robert Isakson; Miles Jones; Roger Koby; MBR, LTD.; Gregory Miller; Miller Family LLC # 1; Dean McCrary; Joy McKenzie; Dawn Mitchell; Laurey Murphy; Sean Murphy; Edward Nesmith; Christina Petrig; David Petrig; Kathryn Reed; Mark Reed; Rosemarie Raica; Derrick Romano; Timothy Strickland; The Yacht Club Condominium Owners' Association, Inc. through undersigned counsel, who allege, aver and represent as follows:

## Nature of Action

1. On or about April 20, 2010, the *Deepwater Horizon* drilling platform exploded and sank, causing a spill of over 200 million gallons of crude oil from the Macondo Well, MC-252, and resulting in the worst maritime environmental disaster in United States history.

2. Plaintiffs have suffered economic injury, damage and/or losses as a result of the oil spill.

## PARTIES

### The Plaintiffs

3. Plaintiff Melissa Bolton is a resident citizen of Seminole County, Florida and is over the age of 19.

4. Plaintiff Robert Brown is a resident citizen of Morgan County, Alabama and is over the age of 19.

5. Plaintiff Iris Buck is a resident citizen of Baldwin County, Alabama and is over the age of 19.

6. Plaintiff Karen Buff is a resident citizen of Collier County, Florida and is over the age of 19.

7. Plaintiff Robert Cahoon is a resident citizen of Baldwin County, Alabama and is over the age of 19.

8. Plaintiff Floyd Campbell, Jr. is a resident citizen of Madison County, Ohio and is over the age of 19.

9. Plaintiff Sherry Crowder is a resident citizen of Jefferson County, Alabama and is over the age of 19.

10. Plaintiff Dauphin Island Property Owners Association is an Alabama Corporation with its principal place of business in Alabama.

11. Plaintiff Deborah DeLacey is a resident citizen of Clark County, Ohio and is over the age of 19.

12. Plaintiff A. Edward Fawwal is a resident citizen of Jefferson County, Alabama and is over the age of 19.

13. Plaintiff Fort Morgan Properties Limited is an Ohio limited liability company, certain members are resident citizens of Ohio and certain members are resident citizens of Alabama.

14. Plaintiff Jack L. Gaines, II is a resident citizen of Mobile County, Alabama and is over the age of 19.

15. Plaintiff Joni L. Gaines is a resident citizen of Lamoille County, Vermont and is over the age of 19.

16. Plaintiff Michael Greer is a resident citizen of Lee County, Mississippi and is over the age of 19.

17. Plaintiff Richard Grimshaw is a resident citizen of Haralson County, Georgia and is over the age of 19.

18. Plaintiff Melody Hammitt is a resident citizen of Baldwin County, Alabama and is over the age of 19.

19. Plaintiff Daniel Hartwell is a resident citizen of Suffolk, Virginia and is over the age of 19.

3

20. Plaintiff John Hartwell is a resident citizen of Pike County, Alabama and is over the age of 19.

21. Plaintiff Hayley Family Partnership, LTD is an Alabama limited partnership. All of its members are resident citizens of Alabama.

22. Plaintiff Thomas Hayley is a resident citizen of Lee County, Alabama and is over the age of 19.

23. Plaintiff Higher L.A., LLC is a Mississippi limited liability company. All of its members are resident citizens of Mississippi.

24. Plaintiff Robert Isakson is a resident citizen of Mobile County, Alabama and is over the age of 19.

25. Plaintiff Miles Jones is a resident citizen of Baldwin County, Alabama and is over the age of 19.

26. Plaintiff Roger Koby is a resident citizen of Baldwin County, Alabama and is over the age of 19.

27. Plaintiff MBR, LTD. is an Alabama limited partnership. All of its members are resident citizens of Alabama.

28. Plaintiff Dean McCrary is a resident citizen of Mobile County, Alabama and is over the age of 19.

29. Plaintiff Joy McKenzie is a resident citizen of Jefferson County, Alabama and is over the age of 19.

30. Plaintiff Miller Family LLC # 1 is an Alabama limited liability company. All of its members are resident citizens of Alabama.

31. Plaintiff Gregory Miller is a resident citizen of Baldwin County, Alabama and is over the age of 19.

4

32. Plaintiff Dawn Mitchell is a resident citizen of Jefferson County, Alabama and is over the age of 19.

33. Plaintiff Laurey Murphy is a resident citizen of Harris County, Texas and is over the age of 19.

34. Plaintiff Sean Murphy is a resident citizen of DeKalb County, Georgia and is over the age of 19.

35. Plaintiff Edward Nesmith is a resident citizen of Jefferson County, Alabama and is over the age of 19.

36. Plaintiff Christina Petrig is a resident citizen of DeKalb County, Georgia and is over the age of 19.

37. Plaintiff David Petrig is a resident citizen of Jefferson County, Alabama and is over the age of 19.

38. Plaintiff Rosemarie Raica is a resident citizen of Mobile County, Alabama and is over the age of 19.

39. Plaintiff Kathryn Reed is a resident citizen of Baldwin County, Alabama and is over the age of 19.

40. Plaintiff Mark Reed is a resident citizen of Baldwin County, Alabama and is over the age of 19.

41. Plaintiff Derrick Romano is a resident citizen of Jefferson County, Alabama and is over the age of 19.

42. Plaintiff Timothy Strickland is a resident citizen of Baldwin County, Alabama and is over the age of 19.

43. Plaintiff The Yacht Club Condominium Owners' Association, Inc. is an Alabama Corporation with its principal place of business in Alabama.

44. Defendant, Halliburton Energy Services. Inc. is a Delaware corporation with its principal place of business in Houston, Texas. Halliburton is registered to do and does business in the State of Alabama. Halliburton provided engineering services, materials, testing, mixing, and pumping for cementing operations on board the Deepwater Horizon, as well as onshore engineering support for those operations.

45. Halliburton division Sperry Drilling Services (formerly Sperry Sun Drilling Services) was responsible for mudlogging personnel and equipment on the Deepwater Horizon, including downhole drilling tools. Sperry mudlogging personnel were partially responsible for monitoring the well, including mud pit fluid levels, mud flow in and out of the well, mud gas levels, and pressure fluctuations. "Halliburton" shall refer to both Halliburton Energy Services, Inc. and its Sperry division.

## JURISDICTION AND VENUE

46. Plaintiffs bring these claims pursuant to general maritime law, the common law remedies embodied in the Savings to Suitors Clause of 28 U.S.C. § 1333(1), and Alabama law.

47. Venue is proper in this jurisdiction because the Defendants' actions, inactions, and failures directly and proximately caused the damage and harm to the Plaintiffs in this jurisdiction.

## FACTUAL BACKGROUND AND CLAIMS FOR RELIEF

48. Plaintiffs' real property has been physically contaminated by oil from the *Deepwater Horizon* oil spill and dispersant chemicals from the oil spill clean-up operations.

49. Plaintiffs reallege each and every allegation set forth in all preceding paragraphs as if fully restated herein, in this claim for relief for gross negligence and willful misconduct under

general maritime law, the common law remedies embodied in the Savings to Suitors Clause of 28 U.S.C. §1333(1), and Alabama law as deemed applicable;

50.   Defendants owed and breached duties of ordinary and reasonable care to Plaintiffs in connection with the maintenance of, and drilling operations on, the *Deepwater Horizon*, and additionally owed and breached duties to Plaintiffs to guard against and/or prevent the risk of the oil spill;

51.   Defendants breached their legal duty to Plaintiffs and failed to exercise reasonable care and acted with reckless, willful, and wanton disregard in the negligent maintenance and/or operation of the *Deepwater Horizon*;

52.   Defendants knew or should have known that their wanton, willful, and reckless misconduct would result in a disastrous blowout and oil spill, causing damage to those affected by the *Deepwater* incident;

53.   Defendants acted with gross negligence, willful misconduct, and reckless disregard for human life and the safety and health of the environment and Plaintiffs by, *inter alia*, failing to use a sufficient number of "centralizers" to prevent channeling during the cement process; failing to run a bottoms up circulation of the drilling mud prior to beginning the cement job; disregarding proper drilling, cases, mudding and cementing properties;

54.   Defendants acted with gross negligence, willful misconduct, and reckless disregard for human life and the safety and health of the environment and Plaintiffs by, *inter alia*, using an inappropriate cement mixture for the well; failing to appropriately test that cement mixture prior to using it in the well; failing to run a cement bond log to evaluate the integrity of the cement job; and failing to deploy the casing hanger lockdown sleeve prior to commencing the mud displacement process in the well.

55.    Defendants acted with gross negligence, willful misconduct, and reckless disregard for human life and the safety and health of the environment and Plaintiffs by, *inter alia*, using an untested, abnormally large volume of mixed spacer solution to avoid having to dispose of the two separate spacer substances properly as hazardous waste;

56.    Defendants acted with gross negligence, willful misconduct, and reckless disregard for human life and the safety and health of the environment and Plaintiffs by, *inter alia*, recklessly marinating and altering, and/or wantonly operating and/or using the Blow Out Preventer appurtenant to the *Deepwater Horizon*;

57.    Defendants acted with gross negligence, willful misconduct, and reckless disregard for human life and the safety and health of the environment and Plaintiffs by, *inter alia*, failing to ensure that the adequate safeguards, protocols, procedures, and resources would be readily available to prevent and/or mitigate the effects of an uncontrolled oil spill into the waters of the Gulf of Mexico; and,

58.    Plaintiffs are entitled to a judgment finding Defendants liable to Plaintiffs for punitive damages as a result of Defendants' gross negligence and/or willful misconduct in amounts to be determined by the trier of fact, but which are sufficient to punish and deter Defendants and others similarly situated from engaging in similar conduct in the future.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs demand judgment against Defendants, jointly, severally, and *in solido*, as follows:

    a.    Punitive damages;

    b.    Pre-judgment and post-judgment interest at the maximum rate allowable by law;

    c.    Costs of litigation; and,

8

d.      Such other and further relief available under all applicable under general maritime law and state law as deemed applicable herein and any relief the Court deems just and appropriate.

**PLAINTIFFS DEMAND A JURY TRIAL**

Dated:     August 6, 2013

                    Respectfully submitted,

*s/Frederick T. Kuykendall, III*
**FREDERICK T. KUYKENDALL, III**
Alabama State Bar No: ASB-4462-A59F
Federal Bar No: KUYKF4462

Kuykendall & Associates, LLC
Frederick T. Kuykendall, III
P.O. Box 2129
Fairhope, Alabama 36533
Telephone: (251) 928-4008
Facsimile: (251) 928-2151
Email: ftkuykendall@yahoo.com
Plaintiffs' Counsel

*s/Grant D. Amey*
**GRANT D. AMEY**
Alabama State Bar No: ASB-4273-T83A
Federal Bar No: AMEYG4273

Kuykendall & Associates, LLC
Grant D. Amey
P.O. Box 2129
Fairhope, Alabama 36533
Telephone: (251) 928-4008
Facsimile: (251) 928-2151
Email: grantamey@gmail.com
Plaintiffs' Counsel

**DEFENDANTS TO BE SERVED BY**
**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

Halliburton Energy Services, Inc.
c/o Donald E. Godwin
Godwin Lewis, PC
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, TX 77010

Sperry Drilling Services, a division of Halliburton Energy Services, Inc.
c/o Donald E. Godwin
Godwin Lewis, PC
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, TX 77010



AlaFile E-Notice

05-CV-2013-901084.00

To:  FREDERICK T KUYKENDALL
     ssteely@aol.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following complaint was FILED on 8/6/2013 5:08:25 PM

Notice Date:     8/6/2013 5:08:25 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

To:  HALLIBURTON ENERGY SERVICES, INC. (PRO SE)
C/O DONALD E. GODWIN
1331 LAMAR ST., STE 1665
HOUSTON, TX 77010-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following complaint was FILED on 8/6/2013 5:08:25 PM

Notice Date:     8/6/2013 5:08:25 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

To:  SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURT (PRC
C/O DONALD GODWIN
1331 LAMAR ST., STE 1665
HOUSTON, TX 77010-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following complaint was FILED on 8/6/2013 5:08:25 PM

Notice Date:    8/6/2013 5:08:25 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov

STATE OF ALABAMA
Unified Judicial System

Revised 3/5/08

Case

ELECTRONICALLY FILED
8/8/2013 1:34 PM
05-CV-2013-901084.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

05-BALDWIN

☐ District Court   ☑ Circuit Court

CV2

## CIVIL MOTION COVER SHEET

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL

*Name of Filing Party:* C012 - FRAXER SANDRA
C013 - FRAZER THOMAS R.
C026 - JUBILEE INVESTMENTS LLC

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

FREDERICK T KUYKENDALL

PO Box 2129
Fairhope, AL 36533

*Attorney Bar No.:*  KUY001

☐ Oral Arguments Requested

## TYPE OF MOTION

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
|  | ☐ Change of Venue/Transfer |
|  | ☐ Compel |
|  | ☐ Consolidation |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Continue |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00) | ☐ Deposition |
|  | ☐ Designate a Mediator |
|  | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Disburse Funds |
|  | ☐ Extension of Time |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ In Limine |
|  | ☐ Joinder |
| ☐ Motion to Intervene ($297.00) | ☐ More Definite Statement |
|  | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| ☐ Other _____ | ☐ New Trial |
| pursuant to Rule ($50.00) | ☐ Objection of Exemptions Claimed |
|  | ☐ Pendente Lite |
| _____ | ☐ Plaintiff's Motion to Dismiss |
|  | ☐ Preliminary Injunction |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Protective Order |
|  | ☐ Quash |
|  | ☐ Release from Stay of Execution |
| ☐ Local Court Costs $ _____ | ☐ Sanctions |
|  | ☐ Sever |
|  | ☐ Special Practice in Alabama |
|  | ☐ Stay |
|  | ☐ Strike |
|  | ☐ Supplement to Pending Motion |
|  | ☐ Vacate or Modify |
|  | ☐ Withdraw |
|  | ☑ Other   Motion to Remove Certain Plaintffs |
|  | pursuant to Rule  Rule 7      (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date: <br> 8/8/2013 1:29:04 PM | Signature of Attorney or Party: <br> /s/ FREDERICK T KUYKENDALL |

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.

**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
8/8/2013 1:34 PM
05-CV-2013-901084.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| Melissa Bolton, et al. | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **CIVIL ACTION NO.** |
| Halliburton Energy Services, Inc.; and Sperry | ) | **CV-2013-901084.00** |
| Drilling Services, a division of Halliburton | ) | |
| Energy Services, Inc. | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

## MOTION TO REMOVE CERTAIN PLAINTIFFS

**COMES NOW PLAINTIFFS** Sandra Frazer, Thomas R. Frazer and Jubilee Investments, LLC, by and through the undersigned counsel and moves this Court to remove them as Plaintiffs from this complaint.

Counsel for Plaintiffs filed a First Amended Complaint on August 6, 2013 with Sandra Frazer, Thomas R. Frazer and Jubilee Investments, LLC removed.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court remove the Movant's name from the AlaCourt case record.

Respectfully submitted,

*s/Frederick T. Kuykendall, III*
**FREDERICK T. KUYKENDALL, III**
Alabama State Bar No: ASB-4462-A59F
Federal Bar No: KUYKF4462

Kuykendall & Associates, LLC
Frederick T. Kuykendall, III
P.O. Box 2129

Fairhope, Alabama 36533
Telephone: (251) 928-4008
Facsimile: (251) 928-2151
Email: ftkuykendall@yahoo.com
Plaintiffs' Counsel


   _s/Grant D. Amey_____
**GRANT D. AMEY**
Alabama State Bar No: ASB-4273-T83A
Federal Bar No: AMEYG4273

Kuykendall & Associates, LLC
Grant D. Amey
P.O. Box 2129
Fairhope, Alabama 36533
Telephone: (251) 928-4008
Facsimile: (251) 928-2151
Email: grantamey@gmail.com
Plaintiffs' Counsel

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 8, 2013, I electronically filed the foregoing document with the Clerk of Court using alafile. I also certify that the foregoing is being served by U.S. Mail this day upon all Defendants.

<u>/s/ Frederick T. Kuykendall, III</u>

2



AlaFile E-Notice

05-CV-2013-901084.00

Judge: JODY W. BISHOP

To:  FREDERICK T KUYKENDALL
     ssteely@aol.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following matter was FILED on 8/8/2013 1:34:54 PM

C012 FRAXER SANDRA
C013 FRAZER THOMAS R.
C026 JUBILEE INVESTMENTS LLC
MOTION TO REMOVE CERTAIN PLAINTFFS
[Filer: KUYKENDALL FREDERICK THUR]

Notice Date:      8/8/2013 1:34:54 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

Judge: JODY W. BISHOP

To:  HALLIBURTON ENERGY SERVICES, INC. (PRO SE)
C/O DONALD E. GODWIN
1331 LAMAR ST., STE 1665
HOUSTON, TX 77010-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following matter was FILED on 8/8/2013 1:34:54 PM

C012 FRAXER SANDRA
C013 FRAZER THOMAS R.
C026 JUBILEE INVESTMENTS LLC
MOTION TO REMOVE CERTAIN PLAINTFFS
[Filer: KUYKENDALL FREDERICK THUR]

Notice Date:      8/8/2013 1:34:54 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

Judge: JODY W. BISHOP

To:  SPERRY DRILLING SERVICES, A DIVISION OF  HALLIBURT (PRC
C/O DONALD GODWIN
1331 LAMAR ST., STE 1665
HOUSTON, TX 77010-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following matter was FILED on 8/8/2013 1:34:54 PM

C012 FRAXER SANDRA
C013 FRAZER THOMAS R.
C026 JUBILEE INVESTMENTS LLC
MOTION TO REMOVE CERTAIN PLAINTFFS
[Filer: KUYKENDALL FREDERICK THUR]

Notice Date:     8/8/2013 1:34:54 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov

ELECTRONICALLY FILED
8/13/2013 9:02 AM
05-CV-2013-901084.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | |
|---|---|
| BOLTON MELISSA, | ) |
| BROWN ROBERT, | ) |
| BUCK IRIS, | ) |
| BUFF KAREN ET AL, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) Case No.:        CV-2013-901084.00 |
| | ) |
| HALLIBURTON ENERGY SERVICES, | ) |
| INC., | |
| SPERRY DRILLING SERVICES, A | ) |
| DIVISION OF  HALLIBURT, | |
| Defendants. | ) |

## ORDER

Motion to Remove Certain Plaintiffs is granted.  Clerk is to remove Sandra Frazer, Thomas R. Frazer and Jubilee Investments, LLC from the AlaCourt case record.

**DONE this 13th day of August, 2013.**

**/s/ JODY W. BISHOP**

**CIRCUIT JUDGE**



**AlaFile E-Notice**

05-CV-2013-901084.00

Judge: JODY W. BISHOP

To:   KUYKENDALL FREDERICK THUR
      ssteely@aol.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

A court action was entered in the above case on 8/13/2013 9:02:23 AM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JWB

Notice Date:    8/13/2013 9:02:23 AM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



**AlaFile E-Notice**

05-CV-2013-901084.00

Judge: JODY W. BISHOP

To:  HALLIBURTON ENERGY SERVICES, INC. (PRO SE)
C/O DONALD E. GODWIN
1331 LAMAR ST., STE 1665
HOUSTON, TX 77010-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

A court action was entered in the above case on 8/13/2013 9:02:23 AM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           JWB

Notice Date:     8/13/2013 9:02:23 AM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

Judge: JODY W. BISHOP

To:  SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURT (PRC
C/O DONALD GODWIN
1331 LAMAR ST., STE 1665
HOUSTON, TX 77010-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

A court action was entered in the above case on 8/13/2013 9:02:23 AM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JWB

Notice Date:    8/13/2013 9:02:23 AM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov

ELECTRONICALLY FILED
8/30/2013 1:18 PM
05-CV-2013-901084.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| BOLTON MELISSA, | ) | |
| BROWN ROBERT, | ) | |
| BUCK IRIS, | ) | |
| BUFF KAREN ET AL, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) Case No.: | CV-2013-901084.00 |
| | ) | |
| HALLIBURTON ENERGY SERVICES, INC., | ) | |
| SPERRY DRILLING SERVICES, A DIVISION OF  HALLIBURT, | ) | |
| Defendants. | ) | |

## ORDER

### 1.  DISCOVERY

Parties shall comply with ARCP 5(d) as to non-filing of discovery.  Discovery **shall not** be attached to motions to compel unless the motion applies to a specific discovery request. Pleadings, previously filed documents and legal authorities shall not be filed with motions.

### 2.  STATUS CONFERENCE DATE

This case is set for a pre-trial/status conference on the **13th day of January, 2014 at 9:00 a.m. at the Baldwin County Courthouse in Bay Minette, courtroom #8.   AN ATTORNEY FOR EACH PARTY WITH KNOWLEDGE OF THE CASE MUST ATTEND.**

**IF THE PARTIES AGREE, A PROPOSED JOINT SCHEDULING ORDER MAY BE FILED ELECTRONICALLY:**

     a) AS A PROPOSED ORDER;

     b) AT LEAST 3 WORKING DAYS PRIOR TO THE HEARING DATE;

     c) ORDER MUST INCLUDE ALL CONDITIONS AS SET OUT IN THIS COURT'S STANDARD SCHEDULING ORDER;

(see **http://28jc.alacourt.gov/**)

d) SHALL INCLUDE A DISCOVERY CUT OFF DATE, INCLUDING ALL DATES FOR WRITTEN DISCOVERY REQUESTS, DEPOSITIONS AND EXPERT DISCLOSURES.

If an agreement cannot be reached prior to the above date, then attorneys for all parties shall appear at the conference hearing.  Any attorney failing to appear without due cause shall waive his/her position as to discovery and trial dates.

A trial date will be set by the Court upon receipt of the proposed order or at the conference.

**Once the trial date is set, the Court will not consider a continuance, except in extraordinary circumstances.**

## 3.  MEDIATION

The Court recommends and encourages mediation.  Request for mediation should be made to the Court in writing. The Court may, on its own initiative, order mediation in appropriate cases.  **The mediator shall schedule a conference, which shall be attended, in person, by the attorneys and parties, or, if insurance is involved, a representative of the insurer(s) with full and complete authority.  The mediator shall notify the Court immediately of any person that does not comply with this Order.**

## 4.  MOTIONS

**Non-dispositive-** The Court requires all parties to make every effort to resolve discovery issues prior to the filing of any motion to compel or request for sanctions.

**ANY FILING AFTER 4:00 P.M. WILL NOT BE REVIEWED BY THE COURT UNTIL THE NEXT BUSINESS DAY.**

## 5.  OTHER

Any request for deviation from this Order shall not be permitted without written permission of this Court.

**DONE this 30th day of August, 2013.**

**/s/ JODY W. BISHOP**
**CIRCUIT JUDGE**



AlaFile E-Notice

05-CV-2013-901084.00

Judge: JODY W. BISHOP

To:  KUYKENDALL FREDERICK THUR
ssteely@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following matter was FILED on 8/30/2013 1:18:55 PM

Notice Date:        8/30/2013 1:18:55 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

Judge: JODY W. BISHOP

To:  HALLIBURTON ENERGY SERVICES, INC. (PRO SE)
C/O DONALD E. GODWIN
1331 LAMAR ST., STE 1665
HOUSTON, TX 77010-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following matter was FILED on 8/30/2013 1:18:55 PM

Notice Date:        8/30/2013 1:18:55 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

Judge: JODY W. BISHOP

To:  SPERRY DRILLING SERVICES, A DIVISION OF  HALLIBURT (PRC
C/O DONALD GODWIN
1331 LAMAR ST., STE 1665
HOUSTON, TX 77010-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following matter was FILED on 8/30/2013 1:18:55 PM

Notice Date:      8/30/2013 1:18:55 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov

ELECTRONICALLY FILED
9/9/2013 2:52 PM
05-CV-2013-901084.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

| Alabama udicial System 34   Rev 6/88 | SUMMONS - CIVIL - | Case Number: 05-CV-2013-901084.00 |
|---|---|---|

### IN THE CIVIL COURT OF BALDWIN, ALABAMA
### MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL

HALLIBURTON ENERGY SERVICES, INC., C/O DONALD E. GODWIN 1331 LAMAR ST., STE 1665, HOUSTON, TX 77010

CE TO _____

COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION ROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN VER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS RT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY FREDERICK T KUYKENDALL

WHOSE ADDRESS IS PO Box 2129, Fairhope, AL 36533

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     MELISSA BOLTON
pursuant to the Alabama Rules of the Civil Procedure

| 8/4/2013 10:01:36 PM | /s JODY WISE CAMPBELL | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested     /s FREDERICK T KUYKENDALL

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☑ Return receipt of certified mail received in this office on ___ 9-9-2013 ___

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

9-9-2013                    (signature)
Date                        Server's Signature

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Sperry Drilling Services, a division of Halliburton Energy Services, Inc.
c/o Donald E. Godwin
Godwin Lewis, PC
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, TX 77010**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail     ☐ Express Mail
☑ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
(Transfer from service label)     7013 1090 0002 4517 1247



AlaFile E-Notice

05-CV-2013-901084.00

To:  GRANT DAVID AMEY
      grantamey@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following 27 was FILED on 9/9/2013 2:52:41 PM

Notice Date:      9/9/2013 2:52:41 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

To: HALLIBURTON ENERGY SERVICES, INC. (PRO SE)
C/O DONALD E. GODWIN
1331 LAMAR ST., STE 1665
HOUSTON, TX 77010-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following 27 was FILED on 9/9/2013 2:52:41 PM

Notice Date:      9/9/2013 2:52:41 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

To:  SPERRY DRILLING SERVICES, A DIVISION OF  HALLIBURT (PRC
C/O DONALD GODWIN
1331 LAMAR ST., STE 1665
HOUSTON, TX 77010-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following 27 was FILED on 9/9/2013 2:52:41 PM

Notice Date:        9/9/2013 2:52:41 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

To: KUYKENDALL FREDERICK THUR
ssteely@aol.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following 27 was FILED on 9/9/2013 2:52:41 PM

Notice Date:        9/9/2013 2:52:41 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

To:  GRANT DAVID AMEY
     grantamey@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following 27 was FILED on 9/9/2013 2:52:41 PM

Notice Date:     9/9/2013 2:52:41 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov

ELECTRONICALLY FILED
9/9/2013 2:53 PM
05-CV-2013-901084.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

| Alabama Judicial System  84  Rev 6/88 | SUMMONS - CIVIL - | Case Number: 05-CV-2013-901084.00 |

### IN THE CIVIL COURT OF BALDWIN, ALABAMA
### MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL

SPERRY DRILLING SERVICES, A DIVISION OF HALLIBURT, C/O DONALD GODWIN 1331 LAMAR ST., STE 1665, HOUSTON, TX 77010

CE TO _____

COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION ROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN WER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS OURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY FREDERICK T KUYKENDALL

WHOSE ADDRESS IS PO Box 2129, Fairhope, AL 36533

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    MELISSA BOLTON
   pursuant to the Alabama Rules of the Civil Procedure

| 8/4/2013 10:01:36 PM | /s JODY WISE CAMPBELL | |
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested    /s FREDERICK T KUYKENDALL

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☑ Return receipt of certified mail received in this office on _____ 9-9-2013 _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

9-9-2013
Date

Server's Signature

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Halliburton Energy Services, Inc.
c/o Donald E. Godwin
Godwin Lewis, PC
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, TX 77010**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ronnie Hair    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7013 1090 0002 4517 1230

102595-02-M-1540



AlaFile E-Notice

05-CV-2013-901084.00

To: GRANT DAVID AMEY
grantamey@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following 27 was FILED on 9/9/2013 2:53:43 PM

Notice Date:        9/9/2013 2:53:43 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

To:  HALLIBURTON ENERGY SERVICES, INC. (PRO SE)
C/O DONALD E. GODWIN
1331 LAMAR ST., STE 1665
HOUSTON, TX 77010-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following 27 was FILED on 9/9/2013 2:53:43 PM

Notice Date:      9/9/2013 2:53:43 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

To:  SPERRY DRILLING SERVICES, A DIVISION OF  HALLIBURT (PRC
C/O DONALD GODWIN
1331 LAMAR ST., STE 1665
HOUSTON, TX 77010-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following 27 was FILED on 9/9/2013 2:53:43 PM

Notice Date:        9/9/2013 2:53:43 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

To:  KUYKENDALL FREDERICK THUR
     ssteely@aol.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following 27 was FILED on 9/9/2013 2:53:43 PM

Notice Date:      9/9/2013 2:53:43 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

To:   GRANT DAVID AMEY
      grantamey@gmail.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following 27 was FILED on 9/9/2013 2:53:43 PM

Notice Date:      9/9/2013 2:53:43 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

Judge: JODY W. BISHOP

To: KUYKENDALL FREDERICK THUR
ssteely@aol.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following matter was served on 9/9/2013

D001 HALLIBURTON ENERGY SERVICES, INC.

CERTIFIED MAIL

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov



AlaFile E-Notice

05-CV-2013-901084.00

Judge: JODY W. BISHOP

To:  KUYKENDALL FREDERICK THUR
     ssteely@aol.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

MELISSA BOLTON ET AL V. HALLIBURTON ENERGY SERVICES, INC. ET AL
05-CV-2013-901084.00

The following matter was served on 9/9/2013

D002 SPERRY DRILLING SERVICES, A DIVISION OF  HALLIBURT
CERTIFIED MAIL

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-0299
jody.campbell@alacourt.gov